| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **PRIORITY SEND**<br>JS-6 |

### CIVIL MINUTES -- GENERAL

Case No.   **CV 09-8700-JFW (AGRx)**                                                     Date:  June 9, 2010

Title:   Britt Thompson -v- RJM Acquisitions, LLC.

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                       None                                                                          None

**PROCEEDINGS (IN CHAMBERS):**     ORDER DISMISSING ACTION WITHOUT PREJUDICE

   As a result of the parties' failure to file the Joint Rule 26(f) Report and the ADR Program Questionnaire as required by the Court's Order of April 21, 2010, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for June 14, 2010, is **VACATED**.  See Fed. R. of Civ. P. 41(b); see also *Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).


   IT IS SO ORDERED.