**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| BRITT THOMPSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RJM ACQUISITIONS, LLC<br>　　　Defendant.. | Case No.: **2:09-cv-08700-JFW-AGR**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:    October 29, 2010

_____
The Honorable Judge
United States District Judge

1

[Proposed] Order